UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 2:22-cv-02862-SSS-AFMx | Date | August 23, 2023 |
|---|---|---|---|
| Title | *Advanced Research Center, Inc. v. Eisai, Inc., et al.* | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):  Attorney(s) Present for Defendant(s):

None Present  None Present

**Proceedings:   (IN CHAMBERS) ORDER DISMISSING DEFENDANT EISAI, INC. AND DISCHARGING OSC**

On August 3, 2023, the Court issued an Order to Show Cause Re: Dismissal For Lack of Prosecution ("OSC") for Plaintiff's failure to prosecute the case as to Defendant Eisai, Inc.[1] [Dkt. 63]. Plaintiff was ordered to show cause in writing why Eisai, Inc. should not be dismissed from this action by August 18, 2023.

On August 18, 2023, Plaintiff filed its "Response to Order to Show Cause Re Defendant Eisai, Inc." ("Response") providing the Court with a detailed explanation regarding the status of Eisai, Inc. [Dkt. 65].

After further review of the docket and in view of Plaintiff's Response, the Court hereby **DISMISSES** Eisai, Inc. **WITH PREJUDICE**. The Court further **DISCHARGES** the OSC issued on August 3, 2023. [Dkt. 63].

---

[1] Upon its initial review of the Second Amended Complaint ("SAC"), the Court noted Defendant Eisai, Inc. was referenced in both the caption and in paragraph 4 of the SAC, which lead to the issuance of the OSC.

The Clerk is hereby **DIRECTED** to dismiss Eisai, Inc. from the docket.

**IT IS SO ORDERED.**